IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 09-02289 SEK |
| CARLOS MANUEL MORALES GONZALEZ | Chapter 13 |
| XXX-XX-4230 | FILED & ENTERED ON 11/18/2010 |
| Debtor(s) | |

ORDER

Debtor's Motion for Leave to File Late Claim by Internal Revenue Service 9-1 filed on 09/13/2010 (Docket No. 25) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this November 18, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
IRS
DEPARTMENT OF JUSTICE